**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JFUN AR I, LLC, and SILO TECHNOLOGIES, INC.,<br>*Petitioners/Plaintiffs*,<br>v.<br>GURDEEP SINGH BILLAN, *et al.*,<br>*Respondents/Defendants*. | **ORDER DISMISSING ACTION**<br>Civil Action No. 26-CV-01119-NC |

**ORDER**

Upon consideration of Petitioners/Plaintiffs and Respondents/Defendants' Rule 41 Joint Stipulation of Dismissal and Request for Entry of an Order, the Court hereby ORDERS that the First Amended Petition [ECF No. 61] and this entire action are hereby dismissed in full as to all parties and all claims asserted therein, and each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

**IT IS SO ORDERED.**

Dated: October 16, 2026




The Honorab